-U.S. Department of Justice
United States Attorney

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 17 2026

## P L E A (With Counsel)

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



CRIMINAL NO. 1:26-CR-060

I, JULIE EDWARDS, defendant, having received a copy of the Criminal Information in matter, and having been arraigned, plead Not Guilty to the Criminal Information.

In Open Court this 17th day of February 2026.

_____
SIGNATURE (Defense Attorney)
MARK JEFFREY

_____
SIGNATURE (Defendant)
JULIE EDWARDS

Bar Number: 390048

Filed in Open Court by:

_____        _____            _____
(Signature)                                              Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12