Gmail

EXHIBIT 1

courtney Nichols <courtney@jeffrey-law.com>

# Fwd: FW: Closing Complete for 704 Calypso Way, Cumming, File # A261168L

> Fri, Jul 31, 2026 at 2:10 PM

---------- Forwarded message ---------
From: **Adriana Pavon** <apavon@dvcattorneys.com>
Date: Fri, Jul 31, 2026 at 1:44 PM
Subject: FW: Closing Complete for 704 Calypso Way, Cumming, File # A261168L
To: Mark Jeffrey <mark@jeffrey-law.com>

Hi Mark,

See below.

**Adriana M. Pavon**

Associate Attorney
apavon@dvcattorneys.com

DVC
DAMIAN | VALORI | CULMO

Office: 305-371-3960

Direct Line: 786-533-0046

1000 Brickell Avenue, Suite 1020

Miami, FL 33131

dvcattorneys.com

Receivership | Business Litigation | Real Estate Litigation

Trademark Litigation | Employment Litigation | Serious Injury

**CONFIDENTIALITY NOTICE** This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the

sender at either the e-mail address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney/client, work product, or other applicable privilege. Thank you.

---

**From:** Gary Mills <gary.mills@harrynorman.com>
**Date:** Friday, July 31, 2026 at 1:41 PM
**To:** Adriana Pavon <apavon@dvcattorneys.com>
**Subject:** Fw: Closing Complete for 704 Calypso Way, Cumming, File # A261168L

Hi Adriana,

This property closed successfully this morning and Ms. Edwards was very cooperative.  She texted me several times to let me know where she left certain items like garage door openers and warranty manuals.

Attached is the final settlement statement which didn't change from the preliminary statement. Please review the seller's reminders to make sure any services or payments being made by the estate are discontinued.

Thanks very much for your cooperation and assistance throughout!

Gary

**Gary R. Mills**

VP Commercial Real Estate Services

**D:** 404.229.9998  **O:** 770-977-9500

**HARRY NORMAN, REALTORS®**

East Cobb Office | 4651 Olde Towne Parkway | Marietta, GA 30068

--

Mark Jeffrey
Jeffrey Law Group LLC
770-933-5377
404-274-5116 cell

410 Peachtree Parkway
Suite 4245
Cumming GA  30041

2470 Windy Hill Road

Suite 300
Marietta, GA  30067