# CONSOLIDATED EXHIBIT TWO

To the Honorable Judge,

My name is Rhonda Gazaway, and I respectfully submit this letter on behalf of Julie Edwards. I have known Julie personally for more than twenty years and have had the privilege of knowing her as a friend, mother, daughter, and woman of character. I do not write to challenge the Court's findings or minimize the seriousness of these proceedings. Rather, I hope to provide my firsthand perspective of the person I have known for the past two decades.

Throughout my career, I have worked with and led hundreds of professionals in positions of trust. Those experiences have taught me that character is demonstrated through consistent actions. By that measure, Julie is one of the most humble, compassionate, and selfless people I have known.

Julie has always placed the needs of others before her own. Whether caring for her family, supporting friends during difficult times, or quietly helping someone in need, she has consistently demonstrated kindness without seeking recognition. She has never been motivated by personal gain, status, or wealth, but instead by serving others.

One of Julie's defining qualities is that she genuinely believes the best in people. She naturally assumes others are acting with honesty and integrity, a reflection of her generous spirit. In the more than twenty years I have known her, I have never witnessed conduct that suggested greed, dishonesty, or an intent to harm another person for personal benefit.

Julie is also a woman of deep Christian faith whose beliefs are reflected in the way she lives—with humility, compassion, grace, and forgiveness. These qualities have consistently shaped how she treats those around her.

I respectfully ask the Court to consider not only the circumstances that have brought Julie before you today, but also the life she has lived and the character she has consistently demonstrated over many years. These events do not define the entirety of who she is.

I am confident Julie will continue to be a productive, compassionate, and a law-abiding member of her community. She has the unwavering support of those who know her well, and I respectfully ask the Court to consider that support, along with her longstanding character, when determining an appropriate sentence.

Thank you for your time, your consideration, and your service.

Respectfully,

Rhonda Gazaway
Chief Revenue Officer
Expansive Workspace

The Honorable Judge Tiffany Johnson,

My name is Jillian Wilkie and I am writing to respectfully ask the Court to consider a sentence of probation instead of incarceration for my mom, Julie Edwards.

I want to share the important role she plays in our family and the impact her absence would have on those who depend on her.

My mom is the primary caregiver for my elderly grandmother, Carolyn, and my niece, Ember. She drives them to appointments, grocery stores and for Ember, to work. She prepares their meals, manages their daily needs and provides financial, physical, and emotional support.

Since the unexpected passing of my older sister, Rebecca, my mom has been a constant source of stability for Ember as she copes with anxiety, depression, and separation issues. She has helped Ember in many more ways than I could while also still grieving the loss of my sister.

She is also a devoted “Gaga-Mommy” to my children, Branch (7) and Lenore (3). As I work full time in healthcare, she helps me with travel to and from tutoring and doctor’s appointments.

My mom has always been hard working, compassionate, and willing to put the needs of others before her own. Her absence would have a profound impact on our entire family. Without her we would face significant hardship and lose our family’s main support system. I, myself, would be truly lost without her. She is my greatest source of support and a person I depend on daily. Without her I would have an enormous void in my life and it would have a lasting impact on my young children.

I respectfully ask the Court to consider probation so that my mom can continue caring for Carolyn, Ember, and our family.

Thank you for your time and consideration.

Respectfully,
Jillian Wilkie

Carolyn Thompson
4265 Trinity Oaks Trail
Cumming GA 30040

August 7, 2026

The Honorable Judge Tiffany Johnson
United States District Court
Northern District of Georgia
Atlanta Division

**Re: Julie Edwards**

Dear Judge Johnson,

I am writing to you as the mother of Julie Edwards to provide insight into her character, her profound remorse, and the critical role she plays in our family as we face this upcoming sentencing.

Watching my daughter go through this federal legal process has been heartbreaking, but seeing how she has responded has only confirmed the strength of her character. Julie

is fundamentally an honest, hard-working, and deeply caring person. Beyond her accountability to the court, I need to share with Your Honor the vital role Julie plays in our family.

While navigating the stress of this federal investigation, our family suffered the unimaginably painful loss of Julie's daughter. In the depth of her own grief, Julie did not hesitate to step up and take in her oldest granddaughter to raise as well as continue to help with my care too.

She has become the sole emotional and physical anchor for both myself and her granddaughter.

Julie has permanently turned away from the financial sector. She has spent the months leading up to sentencing quietly and diligently building a transparent, independent event planning business that allows her to remain self-sufficient and provide for her family.

I know that my daughter must answer to the court, but I humbly ask Your Honor to consider her accountability and remorse, her financial restitution, and her indispensable role as a caregiver in our family.

A sentence of probation would allow her to continue fulfilling this vital family duty while remaining under strict court supervision.

Thank you, Your Honor, for your time, compassion, and consideration.

Respectfully,

Carolyn Thompson