# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cr-0060-TRJ**
**USA v. Edwards**
**Honorable Tiffany R. Johnson**

---

Minute Sheet for proceedings held In Open Court on 08/13/2026.

TIME COURT COMMENCED: 10:09 A.M.
TIME COURT CONCLUDED: 11:53 A.M.
TIME IN COURT: 01:44
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Candace Logan
DEPUTY CLERK: Uzma Wiggins

| | |
|---|---|
| DEFENDANT(S): | [1] Julie Edwards Present at proceedings. |
| ATTORNEY(S) PRESENT: | Mark R. Jeffrey representing Melissa McAfee<br>Kelly Kathleen Connors representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing |
| MINUTE TEXT: | Sentencing hearing held. Defendant elected to allocute. See judgment in criminal case. |
| HEARING STATUS: | Hearing Concluded |