*U.S. Department of Justice*
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*

*Stephen Serrao*
*U.S. Marshal*

September 25, 2026

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 28 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**Ms. JULIE EDWARDS**
**Case# 1:26-CR-00060-TRJ**
**USMS# 42378-512**

**Dear Ms. JULIE EDWARDS:**

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

**INSTITUTION:**
**MARIANNA SATELLITE CAMP**
**3625 FCI ROAD**
**MARIANNA, FL 32446**
**TELEPHONE NO. (850) 718-2014**

REPORT DATE: **NOON, December 1, 2026**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Stephen Serrao
United States Marshal

Natalie H. Carter

Natalie Head Carter
Criminal Section